JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CESAR O. CERVANTES, | ) | Case No. CV 10-9559 JFW(JC) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| KATHY ALLISON, | ) | |
| Respondent. | ) | |
| | ) | |

_____

    Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied, and this action is dismissed with prejudice.

    DATED:  April 20, 2011

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE